**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>AND SAMSUNG<br>TELECOMMUNICATIONS AMERICA,<br>L.L.C.<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 2:13-cv-01062-JRG-RSP<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Notice is given that the undersigned attorney, Steven L. Park, enters his appearance in this matter as Attorney for Defendants Samsung Electronics Co. LTD, and Samsung Telecommunications America, LLC (collectively "Samsung Defendants"), for purposes of receiving notices and orders from the Court.

Dated:  February 7, 2014          Respectfully submitted,

*/s/ Steven L. Park*
Steven L. Park
PAUL HASTINGS LLP
1170 Peachtree Street, Suite 100
Atlanta, Georgia 30309
Telephone:  (404) 815-2400
Facsimile:  (404) 815-2424
stevenpark@paulhastings.com

COUNSEL FOR DEFENDANTS SAMSUNG
ELECTRONICS CO., LTD., AND SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE has been forwarded via CM/ECF to all counsel of record on this the 7th day of February, 2014.

*/s/ Steven L. Park*
Steven L. Park